**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| VILOX TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FOOT LOCKER INC., *et al.*,<br><br>Defendants. | Civil Action No.: 2:15-cv-01458-JRG-RSP<br><br>LEAD CASE<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS TRIPADVISOR, INC. AND TRIPADVISOR, LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

Defendants TripAdvisor, Inc. and TripAdvisor, LLC (collectively "TripAdvisor") by and through their undersigned counsel, hereby file their Answer and Defenses to the complaint filed by Plaintiff Vilox Technologies, LLC ("Plaintiff"). Each numbered paragraph 1-30 below corresponds to those paragraphs numbered 1-30 in the complaint. Defendants deny all allegations made in the complaint, whether express or implied, that are not specifically admitted below.

1. TripAdvisor lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1 of the complaint.

2. TripAdvisor admits that TripAdvisor, Inc. is a Delaware corporation and has a principal place of business in Needham, Massachusetts. TripAdvisor denies the remaining allegations in paragraph 2 of the complaint.

3. TripAdvisor admits that TripAdvisor, LLC is a Delaware limited liability company and has a principal place of business at in Needham, Massachusetts, that TripAdvisor LLC is registered with the Texas Secretary of State as a Foreign Limited Liability company, and

that TripAdvisor LLC maintains an agent for service of process at National Registered Agents, Inc., 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136. TripAdvisor denies the remaining allegations in paragraph 3 of the complaint.

4. TripAdvisor admits that it does business through a website with the address www.tripadvisor.com. TripAdvisor admits that TripAdvisor LLC is a wholly owned subsidiary of TripAdvisor, Inc. TripAdvisor denies the remaining allegations in paragraph 4 of the complaint.

**JURISDICTION AND VENUE**

5. TripAdvisor admits that this action purports to arise under United States, Title 35 of the United States Code, 35 U.S.C. § 1 et seq. TripAdvisor admits that subject matter jurisdiction is proper in this Court under 35 U.S.C. § 271, and 28 U.S.C. §§ 1331 and 1338.

6. TripAdvisor admits that the www.tripadvisor.com website is available to viewers in this judicial district (as well as others) and that TripAdvisor derives some revenue, directly or indirectly, from the website. TripAdvisor denies the remaining allegations in paragraph 6 of the complaint and specifically denies that it has committed any acts of infringement.

7. TripAdvisor denies that venue is proper in this district, denies that it has committed any acts of infringement, and denies all remaining allegations in paragraph 7 of the complaint.

**THE PATENTS-IN-SUIT**

8. TripAdvisor admits that Exhibit "A" purports to be a copy of United States Patent 7,188,100 (the "'100 Patent") entitled "Search-on-the-Fly Report Generator." TripAdvisor admits that the face of the '100 Patent indicates it issued on March 6, 2007. TripAdvisor lacks knowledge or information sufficient to form a belief as to whether Exhibit A is a "true and

correct copy." TripAdvisor denies that the '100 Patent was "duly and lawfully issued." TripAdvisor denies the remaining allegations in paragraph 8 of the complaint.

9. TripAdvisor lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 9 of the complaint.

10. TripAdvisor lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 10 of the complaint.

11. TripAdvisor lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 11 of the complaint.

**COUNT I – INFRINGEMENT OF U.S. PATENT 7,188,100**

12. TripAdvisor incorporates by reference its responses to paragraphs 1-11 above, as if fully set forth herein.

13. TripAdvisor denies the allegations in paragraph 13 of the complaint.

14. TripAdvisor denies the allegations in paragraph 14 of the complaint.

15. TripAdvisor denies the allegations in paragraph 15 of the complaint.

**JURY DEMAND**

In accordance with Fed. R. Civ. P. 38(b), TripAdvisor hereby demands a jury trial on all issues so triable.

**PRAYER FOR RELIEF**

TripAdvisor denies that Plaintiff is entitled to any relief requested.

**ADDITIONAL DEFENSES**

Further answering the complaint and as additional defenses thereto, TripAdvisor states the following affirmative and other defenses, without admitting any allegation of the complaint not otherwise admitted and without assuming any burden of proving any fact that is otherwise

Plaintiff's burden to prove. TripAdvisor reserves the right to amend its answer or to augment these defenses based on further investigation and discovery.

**First Defense: Non-Infringement Of The Asserted**

1. TripAdvisor does not infringe and has not infringed, literally or by the doctrine of equivalents, any valid claim of any of the '100 Patent, and is not liable for any infringement thereof.

**Second Defense: Invalidity Of The Asserted Patent**

2. The claims of the '100 Patent are invalid for failure to comply with the provisions of the United States patent laws, 35 U.S.C. §§ 100 et seq., including but not limited to, one or more of 35 U.S.C. §§ 101, 102, 103, 112, 135(b), and for double patenting.

**Third Defense: Failure To State A Claim**

3. Plaintiff has failed to state a claim for infringement under 35 U.S.C. § 271.

**Fourth Defense: Dedication To The Public**

4. Plaintiff has dedicated to the public all methods, systems, apparatus, and/or products disclosed in the '100 Patent, but not literally claimed therein, and is estopped from claiming infringement by any such public domain methods, systems, apparatus, and/or products.

**Fifth Defense: Failure To Mitigate Damages**

5. Plaintiff's claims may be barred, in whole or in part, by its failure to mitigate damages.

**Sixth Defense: License, Covenant Not To Sue, Exhaustion**

6. To the extent that any of Plaintiff's allegations of infringement are premised on the alleged use, sale, or offer for sale of methods, systems, apparatus, features, and/or products

that are licensed under the ’100 Patent, such allegations are barred pursuant to license and/or exhaustion.

**Seventh Defense: Damages Limited**

7. Some or all of Plaintiff’s claims are barred, in whole or in part, or otherwise limited pursuant to 35 U.S.C. §§ 286-288.

8. Plaintiff has failed to meet the requirements of 35 U.S.C. § 287, and is not entitled to damages for any period prior to the filing of the complaint.

**Eighth Defense: Equitable Defenses**

9. Plaintiff’s claims may be barred, in whole or in part, by estoppel, laches, acquiescence, prosecution laches, waiver, unclean hands, and/or other equitable doctrines.

**Ninth Defense: Prosecution History Estoppel**

10. Plaintiff’s alleged causes of action for patent infringement are barred under the doctrine of prosecution history estoppel.

**Tenth Defense: Standing**

11. To the extent that Plaintiff is not the owner of the ’100 Patent, it has not established that it has standing to bring these alleged causes of action for patent infringement.

**Eleventh Defense: Use/Manufacture By/For United States Government**

12. To the extent that any accused product has been used by or for the United States, Plaintiff’s claims and demands for relief are barred by 28 U.S.C. § 1498.

**Twelfth Defense: Unavailability Of Relief (Enhanced Damages)**

13. Plaintiff has failed to plead and meet the requirements for enhanced damages.

**Thirteenth Defense: 35 U.S.C. § 288**

14. Plaintiff's prayer for costs is barred under 35 U.S.C. § 288 on account of the invalidity of at least one or more claims of the '100 Patent.

**Fourteenth Defense: Reverse Doctrine of Equivalents**

15. TripAdvisor's accused methods operate and/or are configured in ways substantially different in principle from the way the purported invention described in the '100 Patent operates, and Plaintiff cannot sustain its burden of proving otherwise.

**Fifteenth Defense: Injunctive Relief Unavailable**

16. Plaintiff is not entitled to injunctive relief because any alleged injury to Plaintiff is not immediate or irreparable, and plaintiff has an adequate remedy at law.

**Sixteenth Defense: Reservation Of Additional Defenses**

17. TripAdvisor reserves all affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure and the Patent Laws of the United States, and any other defenses, at law or in equity, that may now exist or in the future be available based on discovery and further factual investigation in this case.

**DEFENDANTS' PRAYER FOR RELIEF**

WHEREFORE, as to the complaint, TripAdvisor prays that judgment be entered in its favor:

A. Dismissing the complaint in its entirety with prejudice, and awarding Plaintiff no relief;

B. Determining that Plaintiff is not entitled to any damages, and/or any claim by Plaintiff to damages is additionally barred or limited by 35 U.S.C. §§ 286-288 and/or one or more of the other defenses;

C. Awarding TripAdvisor its attorneys' fees and costs; and

D. Awarding TripAdvisor such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: November 23, 2015

By: /s/ *J. Christopher Carraway*
J. Christopher Carraway (OR Bar No. 961723)
chris.carraway@klarquist.com
Andrew M. Mason (OR Bar No. 111590)
andrew.mason@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

Counsel for Defendants
TRIPADVISOR, INC. and TRIPADVISOR, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 23, 2015 a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3)(A).

/s/ J. Christopher Carraway
J. Christopher Carraway